IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILE

| | |
|---|---|
| DON ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FSGBANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 3:2012-cv-00484<br><br>JURY DEMAND<br><br>CLASS ACTION |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, in the above-referenced action, all of Plaintiff's claims against Defendant are dismissed with prejudice.

Each party shall bear his or its own respective costs and fees with respect to this matter.

Respectfully submitted this 2nd day of April, 2013.

| s/ Rachel King Powell | s/ Heather G. Anderson |
|---|---|
| Wilson S. Ritchie (BPR #00952) | Heather G. Anderson (BPR #019408) |
| Rachel King Powell (BPR #030467) | REEVES, HERBERT & ANDERSON, P.C. |
| THE RITCHIE LAW FIRM, P.C. | Tyson Place, Suite 130 |
| 606 W. Main Street, Suite 200 | 2607 Kingston Pike |
| Knoxville, TN 37902 | Knoxville, TN 37919 |
| Telephone (865) 524-5353 | Telephone (865) 540-1977 |
| Facsimile (865) 974-9615 | Facsimile (865) 540-1988 |
| rpowell@ritlaw.com | handerson@arclaw.net |
| *Attorneys for Defendant*<br>*FSGBank, National Association* | *Attorneys for Plaintiff Don Anderson* |

{00530058.1}

1

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of April, 2013 caused a copy of the foregoing document to be filed electronically using the Court's ECF system. Notice of the filing will be send to all parties electronically by operation of the ECF system.

                         s/ Rachel King Powell
                         Rachel King Powell

{00530058.1}　　　　　　　　　　　　　　2

Case 3:12-cv-00484-TWP-HBG   Document 9   Filed 04/02/13   Page 2 of 2   PageID #: 46